IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

SCOTT A. WINDOM,

    Plaintiff,

v.                                                                 CIVIL ACTION NO. 1:19-cv-00024
                                                               Honorable Thomas S. Kleeh

JASON S. HARSHBARGER,

    Defendant.

## Stipulation of Voluntary Dismissal

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is stipulated and agreed to, between and among all of the parties to this action, that plaintiff, Scott A. Windom's claims against defendant, Jason S. Harshbarger, in the above-referenced civil action, are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

| Prepared by: | Agreed to by: |
|---|---|
| /s/ J. Mark Adkins | /s/ Scott A. Windom |
| J. Mark Adkins (WVSB # 7414) | Rodney C. Windom (WVSB #7812) |
| Richard R. Heath, Jr. (WVSB # 9067) | Scott A. Windom (WVSB #4091) |
| BOWLES RICE LLP | WINDOM LAW OFFICES, PLLC |
| 600 Quarrier Street (25301) | 101 East Main Street |
| Charleston, West Virginia 25325-1386 | Harrisville, West Virginia 26362 |
| Telephone: (304) 347-1100 | Telephone: (304) 643-4440 |
| Facsimile: (304) 347-1756 | Facsimile: (304) 643-2947 |
| Email: madkins@bowlesrice.com | *Counsel for Plaintiff* |
| *Counsel for Defendant* | |

11218625.1