```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                     CLARKSBURG
```

**SCOTT A. WINDOM,**

    **Plaintiff,**

**v.**                                    **Civ. Action No. 1:19-CV-24**
                                                    **(Judge Kleeh)**

**JASON S. HARSHBARGER,**

    **Defendant.**

## DISMISSAL ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties filed a Stipulation of Voluntary Dismissal (Dkt. No. 21) in the above-referenced civil action on August 23, 2019.  Based on that Stipulation and for reasons apparent to the Court, this matter is hereby **DISMISSED WITH PREJUDICE** and is stricken from the docket of the Court.

The Clerk is **ORDERED** to forward a copy of this order to all counsel of record via the CM/ECF notification system.

DATED: August 26, 2019

                                                   */s/* Thomas S. Kleeh
                                                   THOMAS S. KLEEH
                                                   UNITED STATES DISTRICT JUDGE